STEVEN M. SPECTOR (SBN: 51623)
sspector@buchalter.com
RUSSELL L. ALLYN (SBN: 143531)
rallyn@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Tel: (213) 891-0700; Fax: (213) 896-0400

Attorneys for Plaintiff and Cross-Defendant
INSOLVENCY SERVICES GROUP, INC., a California corporation, as Assignee for the Benefit of Creditors of Ryan's Holding, Inc., Ryan's Express Transportation Services, Inc., Ryan's Express Transportation, Inc., Ryan's Express Motorcoach, Inc. and LSJ Transportation, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSOLVENCY SERVICES GROUP, INC., a California corporation, as Assignee for the Benefit of Creditors of Ryan's Holding, Inc., Ryan's Express Transportation Services, Inc., Ryan's Express Transportation, Inc., Ryan's Express Motorcoach, Inc. and LSJ Transportation, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> MICHELANGELO LEASING, INC., an Arizona corporation doing business as Divine Transportation, <br><br> Defendant. | Case No. 2:16-cv-02710-RGK (AJWx) <br><br> **ORDER BASED UPON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| AND RELATED CROSS-ACTION. | |

Based upon the Stipulation filed by plaintiff INSOLVENCY SERVICES GROUP, INC. ("Plaintiff") and defendant MICHELANGELO LEASING, INC. ("Defendant"), IT IS HEREBY ORDERED that this matter is dismissed in its entirety with prejudice. Each of said parties shall bear its own costs and attorneys'

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 28703593v1

1

**ORDER OF DISMISSAL OF ENTIRE ACTION**
**Case No. 2:16-cv-02710-RGK (AJWx)**

fees, with the Court reserving jurisdiction to enforce terms of the settlement between them.

DATED: May 19, 2017

_____
UNITED STATES DISTRICT JUDGE

BUCHALTER
A Professional Corporation
Los Angeles

BN 28703593v1

2
**ORDER OF DISMISSAL OF ENTIRE ACTION**
**Case No. 2:16-cv-02710-RGK (AJWx)**